**Electronically Filed
Supreme Court
SCPW-19-0000432
13-AUG-2019
01:38 PM**

SCPW-19-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FRANCIS P. GRANDINETTI, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 93-0141)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Francis P. Grandinetti's motion for reconsideration, filed on August 5, 2019, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied. To the extent petitioner seeks relief from the third circuit court's decision related to the motion to withdraw as counsel, petitioner may seek relief in Cr. No. 93-0141, as appropriate.

DATED: Honolulu, Hawai'i, August 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

